# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1407
Lower Tribunal No. F17-10378
_____

**Manuel Alvarez-Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Manuel Alvarez-Hernandez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Strickland v. Washington</u>, 466 U.S. 668 (1984); <u>Thompson v. State</u>, 88 So. 3d 312, 321 (Fla. 4th DCA 2012) ("Postconviction evidentiary hearings regarding competency issues are reserved for extraordinary situations where the movant makes a strong preliminary showing that competency to proceed was legitimately in question at the relevant stage.").